**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY_____ **SM** _____D.C.

**Apr 9, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**CASE NO.** 26-MJ-6181-PAB

**UNITED STATES OF AMERICA**

**v.**

**TOMMY DUWAYNE DENNIS,**

      **Defendant.**

_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _Germaine A. Corprew_
    GERMAINE A. CORPREW
    Assistant United States Attorney
    Special Bar no. A5503262
    500 East Broward Blvd. 87th Floor
    Fort Lauderdale, Florida 33069
    Telephone: (954) 660-5721
    Email:    Germaine.Corprew@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY_____ SM _____D.C.

Apr 9, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TOMMY DUWAYNE DENNIS, | )  Case No.  26-MJ-6181-PAB |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 8, 2026_____ in the county of _____Broward_____ in the
_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gary Jones, FBI Special Agent
_____
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Whatsapp

Date: _____04/08/2026_____

_____
*Judge's signature*

City and state: _____Fort Lauderdale, Florida_____  Magistrate Judge Panayotta Augustin-Birch
_____
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your affiant, Gary M. Jones, being duly sworn, deposes and states as follows:

## **INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crime/Fugitive Task Force in the Miami Division.  I have been an FBI Special Agent since April 2023.  I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, federal offenses.  As a Special Agent for the FBI, my duties involve the investigation of a variety of violations of federal offenses, including, but not limited to, bank robberies, Hobbs Act robberies, kidnapping, murder for hire, firearms violations, and carjacking.

2.      As part of my professional duties and responsibilities, I have become familiar with the investigative methods and enforcement of violent crimes pertaining to state and federal laws.  I have also become versed in methodologies and practices employed by individuals and groups who commit violent crimes.

3.      This affidavit is submitted in support of a criminal complaint charging TOMMY DUWAYNE DENNIS ("DENNIS") with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

4.       I respectfully submit there is probable cause to believe that on April 8, 2026, DENNIS did knowingly attempt to take, by intimidation, from persons and in the presence of employees of TD Bank, located at 1 N Stated Road 7, Plantation, Florida 33317, United States currency belonging to, and in the care custody, control, management, and possession of TD Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC").

5.     The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against DENNIS for the above-described criminal violation.

**PROBABLE CAUSE**

5.     On April 8, 2026, at approximately 4:23 p.m., a black male, later identified as DENNIS, entered the TD Bank, located at 1 N Stated Road 7, Plantation, Florida 33317. TD Bank is insured by FDIC.

6.      DENNIS wore a striped polo shirt, with a blue t-shirt underneath, gray pants and white sneakers. DENNIS entered the bank, approached a stand in the lobby where debit slips are stored and was observed writing on a slip. DENNIS then approached the teller counter and held up a piece of paper with a note to the victim teller (A.H.) which read "This is a Robbery give me the money and no one will get hurt." DENNIS did not make a statement. A.H., in fear for her life, provided DENNIS with a $600 bundle of U.S. currency and bait bill tracker. DENNIS exited the bank without saying anything.

7.     An audit of A.W.'s cash drawer revealed a total loss of $600.00.

8.     Responding law enforcement officers began receiving tracking updates on the location of the bait money. The tracking indicated movement East of the bank. The tracker led law enforcement to a red Kia Soul bearing Florida registration 844REX driving in the area of NW 5th St and NW 31st Ave, Lauderhill, Florida. The tracker was stationary for approximately 60 seconds. The vehicle was visually confirmed to be stationary at the same time. The vehicle turned South, and the tracker moved South.

9.     At approximately 4:34 PM a brown bag containing the tracker was thrown from the Kia. The tracker was ultimately recovered by law enforcement. An unknown female, later identified as a prostitute by DENNIS, exited the vehicle's front passenger side while the Kia continued to flee at a slow rate of speed.

10.     Law enforcement officers attempted a traffic stop by initiating emergency lights and sirens. The Kia did not stop or yield to law enforcement. Law enforcement officers conducted a Precision Immobilization Technique (PIT) on the Kia, but it did not stop. The Kia continued to flee and a second PIT was executed.

11.     At this time an unmarked law enforcement vehicle with two uniformed officers attempted to block the Kia. The Kia struck the unmarked vehicle and fled. A third PIT was executed, and the vehicle came to a stop. DENNIS was taken into custody as the driver and sole occupant of the Kia. The striped polo worn during the robbery was recovered from the vehicle.

12.     DENNIS was subsequently transported to Broward General Medical Center located at 1600 S Andrews Ave, Fort Lauderdale, FL 33316. DENNIS was informed of the nature of his detainment and read his *Miranda* Rights. DENNIS waived his *Miranda* rights and signed a *Miranda* Rights waiver form.

13.     In the audio and video recorded interview, DENNIS stated that he was smoking crack all day and "lost his judgement and made a mistake." He "went to the bank to get some money." DENNIS admitted to writing the demand note on the deposit slip and throwing the note out of the car prior to police chasing him.

14.   When shown a picture of himself inside the bank, DENNIS identified himself in the photograph.

Photo of TD BANK CCTV



## CONCLUSION

18.     Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists to charge DENNIS, with knowingly, by means of intimidation,  taking from the person and presence of employees of a federally insured bank United States currency belonging to, and in the care, custody, control, management, and possession of TD Bank, located at 1 N Stated Road 7, Plantation, Florida 33317 a bank whose deposits were then insured by FDIC, in violation of Title 18, United States Code, Sections 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____

Gary M. Jones, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Whats App.

_____
THE HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 26-MJ-6181-PAB

**BOND RECOMMENDATION**

DEFENDANT: TOMMY DUWAYNE DENNIS

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Germaine A. Corprew_

AUSA:   GERMAINE A. CORPREW

Last Known Address: 2236 NW Miami Court Suite 20

Miami, FL

33127-4924

What Facility:   Broward County Jail

2601 W. Broward Blvd

Agent(s):   Gary Jones

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

FBI